UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRYAN SAMUELS,

    Defendant,                        No. 3:12-cr-30211-001-DRH

==========================
AMSTED RAIL,

    Garnishee.

### GARNISHEE ORDER

**HERNDON, Chief Judge:**

    A Writ of Continuing Garnishment, directed to garnishee, has been duly issued and served upon garnishee. Pursuant to the Writ of Continuing Garnishment, garnishee filed an Answer on July 21, 2014 (Doc. 37), stating that at the time of the service of the Writ, he had in his possession, or under his control, personal property belonging to and due defendant.

    On July 9, 2014, defendant was notified of his right to a hearing (Doc. 36), but failed to request a hearing to determine exempt property.

    Therefore, the Court **ORDERS** that garnishee pay 25% of defendant's net wages to plaintiff, and continue said payments until the debt to plaintiff is paid in full or until garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to garnishee.

**IT IS SO ORDERED.**

Signed this 10th day of September, 2014.

Digitally signed by David R. Herndon
Date: 2014.09.10 07:10:36 -05'00'

**Chief Judge**
**United States District Court**